FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE NO. 4:26 CR 371 |
| FRANKY DEL TORO, aka FRANKY DEL TORRO, CHRISTOPHER RODRIGUEZ, CARLOS GUZMAN-TORRES, | ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846 |
| | ) | JUDGE BRENNAN |
| Defendants. | | |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Methamphetamine and Fentanyl,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about February 1, 2026, to on or about February 13, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants FRANKY DEL TORO, aka FRANKY DEL TORRO, CHRISTOPHER RODRIGUEZ, CARLOS GUZMAN-TORRES, and others known and unknown did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury to distribute and to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A))

2. Before FRANKY DEL TORO, aka FRANKY DEL TORRO, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, Attempted Possession with Intent to Distribute Cocaine, in the Northern District of Ohio, case number 4:21CR167, on or about February 9, 2022, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 2
(Possession with Intent to Distribute Methamphetamine and Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

3. On or about February 13, 2026, in the Northern District of Ohio, Eastern Division, Defendants FRANKY DEL TORO, aka FRANKY DEL TORRO, CHRISTOPHER RODRIGUEZ, and CARLOS GUZMAN-TORRES knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable about of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A))

4. Before FRANKY DEL TORO, aka FRANKY DEL TORRO committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, Attempted Possession with Intent to Distribute Cocaine, in the Northern District of

Ohio, case number 4:21CR167, on or about February 9, 2022, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

FORFEITURE

The Grand Jury further charges:

5. The allegations contained in Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offenses, Defendants FRANKY DEL TORO, aka FRANKY DEL TORRO, CHRISTOPHER RODRIGUEZ, and CARLOS GUZMAN-TORRES shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the offenses charged herein; and any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses charged herein.

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.